UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID HOLLIMON,

    Petitioner,

v.                                                 CASE NO. 6:11-cv-419-Orl-28DAB

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner initiated this action for a Writ of Mandamus (Doc. No. 1). This matter pertains to Petitioner's criminal case: 6:08-cr-263-Orl-28GJK. Upon consideration of the petition, it is

**ORDERED AND ADJUDGED:**

(a)    Respondent shall show cause within sixty (60) days from the date of this Order why the relief sought in the petition should not be granted.

(b)    Henceforth, Petitioner shall mail one copy of every pleading, exhibit and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to each Respondent listed in the bottom of this Order. **Should Petitioner fail to include the required certificate of service the Clerk of this Court is directed to reject the document for filing and return the document without action.**

(c)    Petitioner shall advise the Court of any change of address. The failure to do

so will result in the case being dismissed for failure to prosecute.

(d) The Clerk is directed to send a copy of this Order and any supporting documentation to Respondent.

**DONE AND ORDERED** in Chambers in Orlando, Florida this 22 day of March, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 3/21
David Hollimon

Office of the United States Attorney
501 W. Church Street
Suite 300
Orlando, Florida 32805