UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID HOLLIMON,

    Petitioner,

v.                                 CASE NO. 6:11-cv-419-Orl-28DAB

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER OF DISMISSAL

On July 13, 2011, the Court ordered Petitioner to show cause, within ten days from the date of the Order, why this action should not be dismissed for failure of Petitioner to keep this Court advised of his current address (Doc. No. 8). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this __8__ day of August, 2011.

                                                JOHN ANTOON II
                                  UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 8/1
Counsel of Record
David Hollimon